**FILED**

May 20, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ NM _____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **AURORA REYES CRUZ** *et al.*, | § | |
| | § | |
| **Petitioners,** | § | |
| | § | |
| v. | § | **NO. SA-26-CV-02386-OLG** |
| | § | |
| **JOSE RODRIUGEZ** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

## DISMISSAL ORDER

Before the Court is the status of this habeas proceeding, which Petitioners initiated on April 12, 2026. (Dkt. No. 1.) Respondents have since advised that Petitioners were released from custody "on interim parole on April 20, 2026." (Dkt. No. 6; Dkt. No. 6-1.) Because Petitioners are no longer in Respondents' custody, the Petition for Writ of Habeas Corpus (Dkt. No. 1) is moot. This case is therefore **DISMISSED WITHOUT PREJUDICE** as such.

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** on May 20, 2026.

_____
ORLANDO L. GARCIA
United States District Judge